UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>-vs-<br><br>CORRECT CARE SOLUTIONS, LLC,<br><br>Defendant. | Civil Action No.: 3:15-cv-4655-MGL-TER<br><br><br>**ORDER** |

Plaintiff Equal Employment Opportunity Commission (EEOC) filed a Motion to Dismiss (Document # 36) this action. It has requested that the case be stayed for a period of time to allow the charging party, Kevicia Cody, to intervene as plaintiff in this action if she so chooses.

Kevicia Cody shall have **thirty days** from the date of this order to file a motion to intervene as plaintiff in this action if she so chooses. If Ms. Cody fails to intervene, this action may be dismissed in its entirety. The EEOC is directed to serve a copy of this order on Ms. Cody by regular and certified mail[1] within **ten days** of the date of this order and to provide the court and opposing counsel with Ms. Cody's address and proof of service of this order. Defendant's response to the EEOC's Motion to Dismiss is due no later than **thirty-five days** from the date of this order.

**IT IS SO ORDERED.**

 s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

November 1, 2016
Florence, South Carolina

---

[1] Counsel for Plaintiff indicated that she would also email a copy of the order to Plaintiff.